IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HARSH HARSH, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-252 (WLS-AGH) |
| | * | |
| WARDEN, IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated October 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk